E-Filed 3/31/2010

1   **DAVID J. COOK, ESQ. (State Bar # 060859)**
    **ROBERT J. PERKISS, ESQ (State Bar # 62386)**
2   **COOK COLLECTION ATTORNEYS**
    **A PROFESSIONAL LAW CORPORATION**
3   165 Fell Street
    San Francisco, CA  94102
4   Mailing Address: P.O. Box 270
    San Francisco, CA  94104-0270
5   Tel.: (415) 989-4730
    Fax: (415) 989-0491
6   File No. 43,778

7   Attorneys for Plaintiff
    EVENT ENTERTAINMENT, INC.

8                   UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  EVENT ENTERTAINMENT,                )   CASE NO.  CV 98-7334-RMT (Ex)
    INC.,                               )
12                                      )
                 Plaintiff,             )   [PROPOSED] RENEWAL OF
13                                      )   DEFAULT JUDGMENT
    vs.                                 )
14                                      )
    IRENE GONZALEZ, individually        )
15  and as the alter ego of ANYTIME,    )
    INC., and dba JJ'S LOUNGE aka       )
16  JJ'S BAR; ANYTIME, INC., an         )
    unknown business entity and dba     )
17  JJ'S LOUNGE aka JJ'S BAR,           )
                                        )
18               Defendants.            )
                                        )
19  _____ )

20          Based upon the application for renewal of the judgment of the original

21  judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320,

22  and for good cause appearing, therefore,

23          The judgment to and against Defendants IRENE GONZALEZ, individually

24  and as the alter ego of ANYTIME, INC., and dba JJ'S LOUNGE aka JJ'S BAR;

25  ANYTIME, INC., an unknown business entity and dba JJ'S LOUNGE aka JJ'S

26  BAR, jointly and severally, the Default Judgment entered on 3/28/00 (copy

27  attached) is hereby renewed in the amounts as set forth below:

28

1    Renewal of money judgment:

2         a. Total judgment                                    $16,500.00
          b. Costs after judgment                              $   -0-
3         c. Attorneys fees:                                   $   -0-
          d. Subtotal (*add a and b*)                          $16,500.00
4         e. Credits after judgment                            $   -0-
          f. Subtotal (*subtract d from c*)                    $16,500.00
5         g. Interest after judgment                           $ 4,125.00
          h. Fee for filing renewal application                $   -0-
6         I. **Total renewed judgment** *(add e. 5, and g)*    $20,625.00

7

8    DATED: __3/31/2010_____          CLERK, by __/s/ Jenny Lam_____,
9                                       Deputy

10

11   F:\USERS\DJCNEW\anytime.renewal1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



____ Priority
✓ Send
____ Clsd
✓ Enter
✓ JS-5/JS-6
____ JS-2/JS-3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVENT ENTERTAINMENT, INC.,<br><br>        Plaintiff,<br><br>    vs.<br><br>IRENE GONZALEZ, individually and as the alter ego of ANYTIME, INC., and d/b/a JJ'S LOUNGE a/k/a JJ'S BAR; ANYTIME, INC., an unknown business entity and d/b/a JJ'S LOUNGE a/k/a JJ'S BAR,<br><br>        Defendants. | CASE NO. CV 98-7334 RMT (VAPx)<br><br>DEFAULT JUDGMENT<br><br> |

This matter comes before the court on application by plaintiff, EVENT ENTERTAINMENT, INC., for default judgment against defendants IRENE GONZALEZ, individually and as the alter ego of ANYTIME, INC., and d/b/a JJ'S LOUNGE a/k/a JJ'S BAR; ANYTIME, INC., an unknown business entity and d/b/a JJ'S LOUNGE a/k/a JJ'S BAR. The court, having considered the pleadings and evidence presented in this matter determines that EVENT ENTERTAINMENT, INC. is entitled to default judgment.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the application by EVENT ENTERTAINMENT, INC. for default judgment is

1

1  GRANTED.  EVENT ENTERTAINMENT, INC. shall have and recover from
2  defendants IRENE GONZALEZ, individually and as the alter ego of
3  ANYTIME, INC., and d/b/a JJ'S LOUNGE a/k/a JJ'S BAR; ANYTIME, INC.,
4  an unknown business entity and d/b/a JJ'S LOUNGE a/k/a JJ'S BAR,
5  jointly and severally, a total amount of $16,500.00 plus costs,
6  comprised of:

7      [1] statutory damages, for violations of 47 U.S.C. § 553,
8  in the amount of $5,000.00, and damages for willfulness under this
9  section in the amount of $2,500.00;

10     [2] statutory damages, for violations of 47 U.S.C. § 605,
11  in the amount of $5,000.00, and damages for willfulness under this
12  section in the amount of $2,500.00;

13     [3]  costs  under  47  U.S.C.  §§  553(c)(2)(C)  and
14  605(e)(3)(B)(iii); and

15     [4] attorney's fees in the amount of $1,500.00 under 47
16  U.S.C.  §§  553(c)(2)(C)  and  605(e)(3)(B)(iii).   The  award  of
17  attorney's fees in this case is consistent with the recommended
18  attorney's fees formula set forth in Local Rule 14.12.3 of this
19  court.

20     IT  IS  FURTHER  ORDERED,  ADJUDGED  AND  DECREED  that
21  defendants IRENE GONZALEZ, individually and as the alter ego of
22  ANYTIME, INC., and d/b/a JJ'S LOUNGE a/k/a JJ'S BAR; ANYTIME, INC.,
23  an unknown business entity and d/b/a JJ'S LOUNGE a/k/a JJ'S BAR are
24  permanently enjoined and restrained from violating,
25  / / /
26  / / /
27  / / /
28  / / /

1 | interfering with and/or pirating Plaintiff's proprietary rights,

2 | including, but not limited to, violating, interfering with and/or

3 | pirating any of EVENT ENTERTAINMENT, INC.'s pay-per-view events.

6 | Dated:   3-23-00

ROBERT M. TAKASUGI
United States District Judge

3

1    **PROOF OF SERVICE**

2    IRENE GONZALEZ, individually and as the alter ego of
     ANYTIME, INC., and dba JJ'S LOUNGE aka JJ'S BAR
3    6210 Pacific Blvd.
     Huntington Park, CA 90255

4
     ANYTIME, INC., an unknown business entity and dba
5    JJ'S LOUNGE aka JJ'S BAR
     6210 Pacific Blvd.
6    Huntington Park, CA 90255

7        I declare:

8        I am employed in the County of San Francisco, California. I am over the age
     of eighteen (18) years and not a party to the within cause. My business address is
9    165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the
     attached:

10
         AMENDED APPLICATION AND DECLARATION FOR RENEWAL OF
11       JUDGMENT

12       RENEWAL OF DEFAULT JUDGMENT

13   on the above-named person(s) by:

14       __XXX__   (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope
     with postage thereon fully prepaid, in the United States mail at San Francisco,
15   California, addressed to the person(s) served above.

16       I declare under penalty of perjury that the foregoing is true and correct.

17       Executed on January 18, 2010.

18
                            /s/ Karene Jen
19                          Karene Jen

20

21

22

23

24

25

26

27

28