Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

EVENT ENTERTAINMENT, INC.

        Plaintiff,    vs.

IRENE GONZALEZ, et al,

        Defendant,

Case No.: 2:98-CV-07334-RMT-EX

**RENEWAL OF JUDGMENT BY CLERK**

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, Event Entertainment, INC, and against Defendant, Irene Gonzalez, individually and as the alter ego of ANYTIME, INC., and dba JJ's Lounge aka JJ's Bar; ANYTIME, INC., an unknown business entity and dba JJ's Lounge aka JJ's Bar, Jointly and severally, entered on March 31, 2010, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | |
|---|---|---|
| a. | Total judgment | $ 20,625.00 |
| b. | Costs after judgment | $ 00.00 |
| c. | Subtotal *(add a and b)* | $ 20,625.00 |
| d. | Credits | $ 0.00 |
| e. | Subtotal *(subtract d from c)* | $ 20,625.00 |
| f. | Interest after judgment(.42%) | $ 860.32 |
| g. | Fee for filing renewal of application | $ 00.00 |
| h. | Total renewed judgment (add e, f and g) | $ 21,485.32 |

Dated: March 5, 2020      CLERK, by *Sharon Hall Brown*
                                           Deputy

Kirk K. Gray
Clerk of U.S. District Court

Renewal of Judgment